# Court of Appeals
# of the State of Georgia

ATLANTA, October 19, 2018

*The Court of Appeals hereby passes the following order*

**A19D0128. D.C. ELECTRIC, INC. et al. v. CHARLES ORREL.**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, October 19, 2018.*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*